IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES OSBORNE

                Plaintiffs,

-vs.-

BAYER CORPORATION,
BAYER AG,
GLAXOSMITHKLINE, PLC,
GLAXOSMITHKLINE
SMITHKLINEBEECHAM,

                Defendants.

Civil Action
No. 02-CV-3301

## STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, James Osborne, and defendants, Bayer Corporation, Bayer AG, GlaxoSmithKline, PLC, GlaxoSmithKline and SmithKlineBeecham **STIPULATE** and **AGREE** that the above-captioned matter is hereby **DISMISSED WITHOUT PREJUDICE.**

**WEITZ & LUXENBERG, P.C.**

By: _____
Jerry Kristal, Esq.
Franklin P. Solomon, Esq.
Attorneys for Plaintiff(s)
210 Lake Drive East
Cherry Hill, NJ 08002

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: _____
Albert G. Bixler, Esq.
Attorneys for Defendant Bayer Corp.
and Bayer A.G.
1515 Market Street
Philadelphia, PA 19102-1909

**DECHERT, LLP**

By: _____
Hope S. Freiwald, Esq.
Attorneys for Defendants,
  GlaxoSmithKline, PLC
  SmithKlineBeecham d/b/a
  GlaxoSmithKline
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19193-2793